**DISMISS; and Opinion Filed November 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00170-CV

**BAXTER BAILEY & ASSOCIATES, INC., Appellant**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04029-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

Before the Court is appellant's November 4, 2014 unopposed motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences and agreed to dismiss the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1), 43.2(f).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140170F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BAXTER BAILEY & ASSOCIATES, INC.,
Appellant

No. 05-14-00170-CV     V.

TTS, LLC, Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-04029-2012.
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 10th day of November, 2014.